Michael Kerry Burke, Esq. [SBN. 133417]
1601 Cloverfield Boulevard, Ste. 420S
Santa Monica, California 90404
Tel: 310/566-1815
Fax: 310/566-1826
Email: mburke@mantraent.com

Attorneys for Defendant JOSEPH R. FRANCIS

FILED
CLERK, U.S. DISTRICT COURT
MAR 13 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH R. FRANCIS,<br><br>Defendant. | Case No.: CV 08-546-MMM<br>             CR 06-696-MMM<br><br>[PROPOSED] ORDER<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

FOR GOOD CAUSE, IT IS HEREBY ORDERED THAT:

The time for Defendant JOSEPH R. FRANCIS to file his reply to the GOVERNMENT'S OPPOSITION TO JOSEPH FRANCIS' MOTION UNDER 28 U.S.C. §2255 TO VACATE CONVICTION AND SENTENCE, dated February 27, 2008, be enlarged by 45 days, to and including April 27, 2008.

DATED: 3/13/08

*Margaret M. Morrow*

HONORABLE MARGARET M. MORROS
JUDGE, UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1601 Cloverfield Boulevard, Ste. 420S, Santa Monica, California 90404. On March 12, 2008, I served the within documents:

**[PROPOSED] ORDER**

X by transmitting via facsimile a true and correct copy of the document(s) listed above to the fax number(s) set forth below.

**-AND-**

X by placing [ ] the original [ ] a true copy of the document in a sealed envelope with First Class United States Mail, postage prepaid, addressed as follows:

Thomas P. O'Brien, Esq.
George S. Cardona, Esq.
312 North Spring Street, 12th Floor
Los Angeles, CA 90012
*Fax: 213-894-2353*

Brent Ward, Esq.
Department of Justice
1400 New York Avenue, NW Suite 600
Washington, DC 20530
*Fax: 202-305-4320*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that a motion of the party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 12, 2008, at Santa Monica, California.

_____
DESIREE LORANGER

- 2 -

[PROPOSED] ORDER

Proposed Order on Motion for Extention.doc